UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLENE LA DOUER,

    Plaintiff,

  v.

U.C.S.F,

    Defendant.

Case No. 15-cv-02214-MEJ

**ORDER TO SHOW CAUSE**

On July 15, 2015, the Court issued an Order seeking clarification regarding Plaintiff's pending In Forma Pauperis ("IFP") Applications (Dkt. Nos. 5, 7), noting the Applications were handwritten and often difficult to read. Dkt. No. 16 at 2. To the extent the Court could read Plaintiff's Applications, her responses were incomplete and in some cases provided inconsistent information; the Court was therefore unable to assess whether Plaintiff's financial status qualifies her to proceed IFP. *Id.* at 4. The Court ordered Plaintiff to file "<u>one</u> amended IFP Application providing clear, legible, and complete answers to all the questions in the Application." *Id.* at 5 (emphasis in original). The Court ordered her to file the amended Application by August 12, 2015, and warned her that if she did not file an amended Application by that date, her Complaint may be dismissed. *Id.* As of the date of this Order, Plaintiff has not filed an amended Application or otherwise responded.

Accordingly, the Court hereby **ORDERS** Plaintiff Charlene La Douer to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration **by September 3, 2015**. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing **on**

**September 17, 2015** at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  <u>Notice is hereby provided to Plaintiff that the Court shall dismiss this case without a hearing if no responsive declaration is filed.</u>  Thus, it is imperative that the Court receive a written response by the deadline above.

    **IT IS SO ORDERED.**

Dated: August 19, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge