UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE LA DOUER,<br><br>   Plaintiff,<br><br>   v.<br><br>U.C.S.F,<br><br>   Defendant. | Case No. 15-cv-02214-JST<br><br>**ORDER RE: MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: ECF No. 20 |

The Court has reviewed Magistrate Judge James's Report and Recommendation. It appears to the undersigned that Plaintiff has not been served at her correct address as currently reflected on the ECF docket. Therefore, the Clerk shall re-serve Plaintiff with a copy of the Order Requesting Clarification Re: IFP Applications, dated July 15, 2015. ECF No. 16.

The Court's July 15, 2015 order remains in effect. Plaintiff shall file <u>one</u> amended IFP Application providing clear, legible, and complete answers to all the questions in the Application. Plaintiff must file her amended application by October 27, 2015.

If no amended application is filed, the Court will dismiss this case.

IT IS SO ORDERED.

Dated: September 29, 2015

_____
JON S. TIGAR
United States District Judge