UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE LA DOUER,<br><br>      Plaintiff,<br><br>  v.<br><br>U.C.S.F,<br><br>      Defendant. | Case No.  15-cv-02214-JST<br><br>**ORDER TO DECLINE FURTHER FILINGS**<br><br>Re: ECF No. 30 |

      On November 23, 2015, Plaintiff filed a letter with this Court.  ECF No. 30.  On December 15, the Court received an additional submission from Plaintiff, which does not appear to include any legal filing or request of the Court.

      As of September 29, 2015, this case has been dismissed without prejudice.  <u>See</u> ECF No. 23.  The Court will take no action on these filings.  The Clerk shall not accept any further filings in this closed case.

      IT IS SO ORDERED.

Dated: December 21, 2015

_____
JON S. TIGAR
United States District Judge